IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$5,000.00 IN UNITED STATES CURRENCY, and
$5,000.00 IN UNITED STATES CURRENCY,

      Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil No. 5: 10-CV-728
(NAM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 1  2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER BARRING ALL FURTHER CLAIMS

This matter having come before me at Syracuse, New York on September 1, 2010 for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; Troy Bigwarfe and Casey LaStella, having interposed their verified claim of ownership, and

There being no further claims or answers interposed and there being no appearance at the call of the calendar on September 1, 2010 on behalf of any other parties, it is hereby

**ORDERED,** that other than the claim of Troy Bigwarfe and Casey LaStella, all further claims pertaining to the subject properties are hereby barred and foreclosed forever, and it is further

**ORDERED,** that the claim of Troy Bigwarfe and Casey LaStella, shall proceed into the discovery stage.

DATED:

HONORABLE NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT COURT JUDGE