U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

NOV 21 2012

AT____O'CLOCK

Lawrence K. Baerman, Clerk - Syracuse

## THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF NEW YORK

*************************************

**UNITED STATES OF AMERICA,**

       **-vs-**                                    **Case No 5:10-CV-728 (NAM-DEP)**

**$5,000.00 in U.S. Currency & $5,000.00
in U.S. Currency,**

                                **Defendants.**

*************************************

### ORDER OF DISMISSAL

This Court issued a Text Order on January 26, 2011 granting claimants Troy D. Bigwarfe

and Casey L. LaStella's January 24, 2011 Motions to Stay (Civil Case 10-CV-728, Docket # 24 –

25), which were filed in response to an ongoing criminal investigation implicating both claimants.

An indictment in the parallel criminal investigation was filed under criminal case number

11-CR-492 on October 20, 2011.  The forfeiture of the above-referenced currency has now been

resolved in criminal case 11-CR-492 with final orders of forfeiture for both claimants filed on

November 16, 2012 (Crim. Case 11-CR-492, Docs. # 58-59), and

Whereas, in consideration of all prior pleadings, and after review and due deliberation, it is

hereby

ORDERED, that all present civil case is now deemed moot and; and it is further

ORDERED, this action is hereby dismissed, without prejudice, and that each party shall

bear its own fees and expenses.

DATED:  Syracuse, New York, November____21^st____, 2012.

HONORABLE NORMAN A. MORDUE
United States District Court Judge